AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

|  |  |  |
|---|---|---|
| IN RE AEGEAN MARINE PETROLEUM NETWORK, INC. SECURITIES LITIGATION | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 18 Civ. 4993 (NRB) |
| | ) ) ) | |
| | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

See Attachment to Summons in a Civil Action for list of Defendants.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Nicole Lavallee
BERMAN TABACCO
44 Montgomery Street, Suite 650
San Francisco, CA 94104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:     02/05/2019                                    /s/ D. Howie

*Signature of Clerk or Deputy Clerk*

## ATTACHMENT TO SUMMONS IN A CIVIL ACTION

**To: (*Defendant's name and address*):**

**Dimitris Melisanidis**
10 Akti Kondili
Piraeus, Athens
185 45, Greece

**E. Nikolas Tavlarios**
26 Indian Spring Road
Norwalk, CT 06853

**Spyros Gianniotis**
10 Akti Kondili
Piraeus, Athens
185 45, Greece

**Jonathan McIlroy**
10 Akti Kondili
Piraeus, Athens
185 45, Greece

**Spyridon Fokas**
10 Akti Kondili
Piraeus, Athens
185 45, Greece

**Peter C. Georgiopoulos**
47 Charles Street # 49
New York, NY 10014

**Yiannis N. Papanicolaou**
10 Akti Kondili
Piraeus, Athens
185 45, Greece

**John P. Tavlarios**
15 Wrenfield Lane
Darien, CT 06820

**Konstantinos D. Koutsomitopoulos**
10 Akti Kondili
Piraeus, Athens
185 45, Greece

**George Konomos**
12 E 86th Street, Apt. 1021
New York, NY 10028

**Deloitte Touche Tohmatsu Limited**
2 New Street Square
London, UK EC4A 3BZ

**Deloitte Certified Public Accountants S.A**
3a Fragkokklisias & Granikou str.
Maroussi, Athens
151 25 Greece

**Deloitte & Touche LLP**
30 Rockefeller Plaza
New York, NY 10112

**PricewaterhouseCoopers International Limited**
1 Embankment Place
London, UK WC2N 6RH

**PricewaterhouseCoopers S.A.**
268 Kifissias Avenue
Halandri, Athens
GR-152 32 Greece

**PricewaterhouseCooopers, LLP**
300 Madison Avenue
New York, NY 10017

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  18 Civ. 4993 (NRB)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:


| Print | Save As... | | Reset |