In re: Aegean Marine Petroleum Network, Inc. Securities Litigation



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 153141-0001

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Deloitte & Touche LLP, c/o Corporation Service Company

Court Case No. 18 Civ. 4993 (NRB)

BERMAN TABACCO
Ms. Kathy Becker
44 Montgomery St., Ste. 650
San Francisco, CA 94104-4605

State of: __Delawre__ ) ss.
County of: __New Castle__ )

**Name of Server:** __Adam Golden__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __7__ day of __Feb__, 20__19__, at __2:54__ o'clock __P__ M

**Place of Service:** at __251 Little Falls Drive__, in __Wilmington, DE 19808__

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Consolidated Class Action Complaint With Jury Trial Demanded; Memorandum and Order [Issued October 30, 2018]; Revised Scheduling Order [Issued December 20, 2018]

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Deloitte & Touche LLP, c/o Corporation Service Company

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Donna Snow, designee__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__ ; Skin Color __W__ ; Hair Color __brn__ ; Facial Hair ____
Approx. Age __55__ ; Approx. Height __5'8__ ; Approx. Weight __220__

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __11__ day of __February__, 20__19__

Notary Public    (Commission Expires)

APS International, Ltd.