In re: Aegean Marine Petroleum Network, Inc. Securities Litigation



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 153141-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--PricewaterhouseCoopers LLP, c/o The Corporation Trust Company

Court Case No. 18 Civ. 4993 (NRB)

BERMAN TABACCO
Ms. Kathy Becker
44 Montgomery St., Ste. 650
San Francisco, CA 94104-4605

State of: **Delaware** ) ss.
County of: **New Castle** )

**Name of Server:** **Adam Golden**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **7** day of **Feb**, 20**19**, at **2:20** o'clock **PM**

**Place of Service:** at Corporation Trust Center . in Wilmington, DE 19801
1209 Orange Street

**Documents Served:** the undersigned served the documents described as:
Summons In A Civil Action; Consolidated Class Action Complaint With
Jury Trial Demanded; Memorandum and Order [Issued October 30, 2018];
Revised Scheduling Order [Issued December 20, 2018]

**Service of Process on:**
**Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
PricewaterhouseCoopers LLP, c/o The Corporation Trust Company

By delivering them into the hands of an officer or managing agent whose name and title is: Sean O'Hara, designee

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **brn** ; Facial Hair _____
Approx. Age **25** ; Approx. Height **5'7** ; Approx. Weight **165**

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this
11th day of February, 2019

Notary Public (Commission Expires)

Thomas M. Marshall
COMMISSION EXPIRES
OCTOBER 18, 2020
STATE OF DELAWARE

**APS International, Ltd.**