UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Index Number: 18 CIV. 4993 (NRB)
Date Filed:
Court/Return Date:

ATTORNEY(S) CIVIL ACTION GROUP DBA APS INTERNATIONAL, LTD  PH: (800) 328-7171
7800 GLENROY ROAD MINNEAPOLIS, MN 55439 | BERMAN TABACCO

AEGEAN MARINE PETROLEUM NETWORK INC. SECURITIES LITIGATION

*Plaintiff*

vs

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

**Raed Ibrahim**, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **2/19/2019**, at **10:13 AM** at **47 CHARLRS STREET # 49, NEW YORK, NY 10014**, Deponent served the within **SUMMONS IN A CIVIL ACTION; CONSOLIDATED CLASS ACTION COMPLAINT WITH JURY TRIAL DEMANDED; MEMORANDUM AND ORDER ( ISSUED OCTOBER 30, 2018); REVISED SCHEDULING ORDER ( ISSUED DECEMBER 20, 2018)** . On: **PETER C. GEORGIOPOULOS**, therein named, ( hereinafter referred to as "subject").

By delivering thereat a true copy of each to **Jane Doe a person of suitable age and discretion.**

Said premises is subject's **dwelling house (usual place of abode)** within the state. A description of **Jane Doe** is as follows:

Sex: Female    Color of skin: Brown    Color of hair: Black    Age: 51-65
Height: 5ft0in-5ft3in    Weight: 131-160 Lbs.    Other :

On **February 20, 2019**, service was completed by mailing a true copy of the above stated document(s) to **PETER C. GEORGIOPOULOS** at the above stated address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on February 21, 2019

Patricia Rothfritz
NOTARY PUBLIC STATE OF New York
No. 01RO6055503, Qualified in Nassau County
Commission Expires February 26, 2019

Client's File No.: 153141-0003

Process Server, Please Sign
Raed Ibrahim
Lic# 1326602
Job # 1904122

**PROFESSIONAL PROCESS SERVERS, 1 Comac Loop, unit 14B1, Ronkonkoma, NY 11779 Ph. 631-647-9470 Fax. 631-647-9468 A DIVISION**
*INTER COUNTY JUDICIAL SERVICES, LLC, 85 Willis Avenue Ste. E Mineola, NY 11501 LICENSE # 1371771*