UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AEGEAN MARINE PETROLEUM NETWORK, INC. SECURITIES LITIGATION | 18 Civ. 4993 (NRB) (SDA) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant PricewaterhouseCoopers LLP (a private non-governmental party) represents that PricewaterhouseCoopers LLP has no publicly held corporate parents, affiliates and/or subsidiaries.

Dated: March 4, 2019
New York, New York

**LATHAM & WATKINS LLP**

/s/ Jason C. Hegt
Jason C. Hegt

885 Third Avenue
New York, NY 10022
Tel: (212) 906-1200
Fax: (212) 751-4864
Email: jason.hegt@lw.com

*Attorneys for Defendant PricewaterhouseCoopers LLP*