UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE AEGEAN MARINE PETROLEUM NETWORK, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) | Case No. 18 Civ. 4993 (NRB) |

## PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT DELOITTE TOUCHE TOHMATSU LIMITED

Lead Plaintiff Utah Retirement Systems ("Lead Plaintiff" or "URS") engaged the Civil Action Group, Ltd. (dba APS International, Ltd.) ("APS") to coordinate international service of process under the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters for the foreign defendants located in the United Kingdom. These Defendants include Deloitte Touche Tohmatsu Limited and PricewaterhouseCoopers International Limited.

APS sent the following documents to the United Kingdom for service on February 25, 2019:

> (1) Consolidated Class Action Complaint;
>
> (2) Summons in a Civil Action;
>
> (3) Memorandum and Order (issued October 30, 2018); and
>
> (4) Revised Scheduling Order (issued December 20, 2018)

Delivery was confirmed at the Central Authority Office in the United Kingdom on February 27, 2019.

///

///

///

Lead Plaintiff received the completed proof of service for Deloitte Touche Tohmatsu Limited from APS, which is attached hereto as **Exhibit A.**

Dated: May 17, 2019                                 Respectfully submitted,

                                                                         **BERMAN TABACCO**


                                                                         By:_____*/s/ Nicole Lavallee*_____
                                                                                 Nicole Lavallee (admitted *pro hac vice*)

                                                                         Joseph J. Tabacco, Jr. (JT1994)
                                                                         Christopher T. Heffelfinger
                                                                         A. Chowning Poppler (admitted *pro hac vice*)
                                                                         44 Montgomery Street, Suite 650
                                                                         San Francisco, CA 94104
                                                                         Telephone: (415) 433-3200
                                                                         Facsimile: (415) 433-6382
                                                                         Email: jtabacco@bermantabacco.com
                                                                                 nlavallee@bermantabacco.com
                                                                                 cheffelfinger@bermantabacco.com
                                                                                 cpoppler@bermantabacco.com

                                                                         Jay W. Eng
                                                                         One Liberty Square
                                                                         Boston, MA 02109
                                                                         Telephone: (617) 542-8300
                                                                         Facsimile: (617) 542-1194
                                                                         Email: jeng@bermantabacco.com

                                                                         *Counsel for Lead Plaintiff Utah Retirement Systems*

# EXHIBIT A

SFP: 2019-6530
Ref: DELOITTE TOUCHE

TOHMATSU

## CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformement a l'article 6 de ladite Convention.

1) that the document has been served  the (date) 21 March 2019
que le demande a ete executee          le (date)

**-at (place, street, number)**       **DELOITTE TOUCHE TOHMATSU LIMITED**
**-a (localite, rue, numero)**        **Hill House, 1 Little New Street, London,**
                                       **EC4A 3TR**

- in one of the following methods authorised by article 5:
-dans une des formes suivantes prevues a l'article 5:
a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the
convention
selon les formes legales (article 5, alinea premier, lettre a)

b) in accordance with the following particular method
selon la forme particuliere suivante

**c) by delivery to the addressee, who accepted it voluntarily**
**par remise simple**
**The documents referred to in the request have been delivered to:**

**Les documents mentionnes dans la demande ont ete remis a:**
**- (identity and description of person)**
**- (identite et qualite de la personne)**

**- relationship to the addressee (family, business or**   **Documents were served at the reception**
**other)**                                                  **of the registered address of the company.**
**- liens de parente de subordination ou autres avec**
**le desinataire de l'acts**

2) that the document has not been served, by reason of the following facts:
que la demande n'a pas ete executee, en raison des faits suivants:

in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to
pay the expenses details in the attached statement.
Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de
rembourser les frais dont le detail figure au memoire ci-joint

Annexes
Documents returned
Pieces renvoyees                                            Done at London
                                                           fait a

in appropriate cases, documents                            the 25 April, 2019
establishing the service:                                  le
le cas echeant, les documents
justicatifs de l'execution:                                Signature and/or stamp:
                                                           Signature et/ou cachet:



## **CERTIFICATE OF SERVICE**

I am employed by Berman Tabacco, 44 Montgomery Street, Suite 650, San Francisco, California, 94104.  I am over the age of 18 years and am not a party to this action.  On May 17, 2019, using the U.S. District Court for the Southern District of New York's CM/ECF Electronic Filing system ("ECF system"), with the ECF ID registered to Nicole Lavallee and at her direction, I filed and electronically served true and correct copies of the foregoing document(s) on the recipients designated on the Electronic Mail Notice List for this case.  The ECF system is designed to automatically generate an e-mail Notice of Electronic Filing ("NEF") message to all parties in the case, which constitutes service.  The attached Manual Notice List generated by CM/ECF indicates that no participants require service by mail.

I further declare that on May 17, 2019, I electronically served true and correct copies of the document(s) described above by (i) email by transmitting true and correct Portable Document Format (PDF) copies via electronic mail from email address lcuesta@bermantabacco.com on this date to the person(s) at the address(es) set forth below, and (ii) by mail by placing true copies thereof, enclosed in a sealed envelope, addressed as shown below, affixing proper first class postage, and depositing the envelope in the United States Mail at San Francisco, California, in accordance with Berman Tabacco's ordinary business practices:

Jamie L. Wine
Jason C. Hegt
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022-4834
Email: Jamie.Wine@lw.com
        Jason.Hegt@lw.com

*Counsel for PricewaterhouseCoopers LLP*

Joshua A. Goldberg
**PATTERSON BELKNAP**
**WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, NY 10036
Email: jgoldberg@pbwt.com

*Counsel for E. Nikolas Tavlarios*

Michael Tremonte
Amanda Ravich
**SHER TREMONTE**
90 Broad Street, 23rd Floor
New York, NY 10004
Email: mtremonte@shertremonte.com
       aravich@shertremonte.com

*Counsel for Peter C. Georgiopoulos*

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed at San Francisco, California, on May 17, 2019.

Leslie Cuesta