UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| **IN RE AEGEAN MARINE PETROLEUM NETWORK, INC. SECURITIES LITIGATION** | ) ) ) ) ) ) | Case No. 18-cv-04993 (NRB)  Hon. Naomi Reice Buchwald |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendant Deloitte Touche Tohmatsu Limited in the above-captioned action:

Melissa Colón-Bosolet
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5543
Fax: (212) 839-5599
mcolon-bosolet@sidley.com

Dated: June 19, 2019

Respectfully Submitted,

*/s/ Melissa Colón-Bosolet*
Melissa Colón-Bosolet
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5543
Fax: (212) 839-5599
mcolon-bosolet@sidley.com

*Attorney for Defendant Deloitte Touche Tohmatsu Limited*