UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **IN RE AEGEAN MARINE PETROLEUM NETWORK, INC. SECURITIES LITIGATION** | ) ) ) ) ) ) | Case No. 18-cv-04993 (NRB)<br><br>Hon. Naomi Reice Buchwald |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Deloitte Touche Tohmatsu Limited (a private, non-governmental party) represents that Deloitte Touche Tohmatsu Limited has no publicly held corporate parents, affiliates and/or subsidiaries.

Dated: June 19, 2019

Respectfully Submitted,

*/s/ Melissa Colón-Bosolet*
Melissa Colón-Bosolet
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5543
Fax: (212) 839-5599
mcolon-bosolet@sidley.com

*Attorney for Defendant Deloitte Touche Tohmatsu Limited*