UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AEGEAN MARINE PETROLEUM NETWORK, INC. SECURITIES LITIGATION | No. 18-cv-04993<br><br>NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE |

PLEASE TAKE NOTICE that the undersigned firm of Gibson, Dunn & Crutcher LLP ("GDC") moves this Court, before the Honorable Naomi Reice Buchwald, United States District Judge for the Southern District of New York for an Order pursuant to Local Rule 1.4 granting its Motion to Withdraw Appearance for non-party Aegean Marine Petroleum Network Inc. ("AMPNI") from this matter and its consolidated action, 18-cv-05165, for the following reasons:

1.   AMPNI is no longer a defendant or party in this action pursuant to the Consolidated Class Action Complaint filed on February 1, 2019.  Dkt. 81 at i-ii (referring to AMPNI as a "Non-Party Debtor Entity").

2.   On November 6, 2018, AMPNI filed for reorganization under Chapter 11 of the U.S. Bankruptcy Code.  Following the implementation of the joint plan of reorganization, the reorganized debtors requested that GDC discontinue its representation of AMPNI.

1

3. GDC's withdrawal will have no effect on the timing of this litigation because AMPNI is no longer a party and this Court has ordered that no responses are required by the remaining parties until further notice. Dkt. 78. Lead Plaintiff is still in the process of serving various foreign defendants. Dkt. 107.

4. GDC is asserting no lien.

GDC accordingly requests that attorneys Stuart Delery and Jason Kleinwaks be removed from the official docket of this action and its consolidated action, 18-cv-05165.

Dated: September 6, 2019

Respectfully submitted,

/s/ Jason N. Kleinwaks
Jason N. Kleinwaks (*pro hac vice*)
Stuart F. Delery (*pro hac vice*)
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
JKleinwaks@gibsondunn.com
SDelery@gibsondunn.com
Tel: (202) 887-3793
Fax: (202) 467-0539

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.   The attached Manual Notice List generated by CM/ECF indicates that no participants have required service by mail.

Additional service is made upon counsel to the reorganized debtors by electronic mail and Fed-Ex Overnight Delivery at:

Ronald J. Friedman, Esq.
Silverman Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753

I certify under penalty of perjury that the foregoing is true and correct. Executed on September 6, 2019.

/s/ Jason N. Kleinwaks
Jason N. Kleinwaks (*pro hac vice*)
Stuart F. Delery (*pro hac vice*)
Gibson, Dunn & Crutcher LLP 1050
Connecticut Avenue, N.W.
Washington, DC 20036
JKleinwaks@gibsondunn.com
SDelery@gibsondunn.com
Tel: (202) 887-3793
Fax: (202) 467-0539

# Mailing Information for a Case 1:18-cv-04993-NRB In re Aegean Marine Petroleum Network Inc. Securities Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Naumon A Amjed**
  namjed@ktmc.com,rdegnan@ktmc.com,hpaffas@ktmc.com,iyeates@ktmc.com,4980043420@filings.docketbird.com,mswift@ktmc.com

- **Peretz Bronstein**
  peretz@bgandg.com,soloveichik@bgandg.com,ashi@bgandg.com

- **Melissa Colon-Bosolet**
  mcolon-bosolet@sidley.com,nyefiling@sidley.com,melissa-colon-bosolet-1976@ecf.pacerpro.com

- **David Andrew Gordon**
  dgordon@sidley.com,efilingnotice@sidley.com,david-gordon-4155@ecf.pacerpro.com

- **Jason Craig Hegt**
  jason.hegt@lw.com,NY-CourtMail@lw.com,jason-hegt-2094@ecf.pacerpro.com,new-york-ma-2860@ecf.pacerpro.com

- **Jason N. Kleinwaks**
  jkleinwaks@gibsondunn.com

- **Eduard Korsinsky**
  ek@zlk.com

- **Nicole Catherine Lavallee**
  nlavallee@bermantabacco.com,ysoboleva@bermantabacco.com,sfservice@bermantabacco.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,ahood@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Christopher Lometti**
  clometti@cohenmilstein.com,efilings@cohenmilstein.com

- **Kim Elaine Miller**
  kim.miller@ksfcounsel.com,dawn.hartman@ksfcounsel.com,kimmiller225@yahoo.com

- **Aidan Chowning Poppler**
  cpoppler@bermantabacco.com

- **Lesley Frank Portnoy**
  LPortnoy@glancylaw.com,info@glancylaw.com,lesley-portnoy-3007@ecf.pacerpro.com

- **Ira M. Press**
  ipress@kmllp.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,2879289420@filings.docketbird.com,e_file_sd@rgrdlaw.com

- **Daniel Sadeh**
  sadeh@halpersadeh.com,ecf@bernlieb.com

- **Joseph J. Tabacco , Jr**
  jtabacco@bermantabacco.com,ysoboleva@bermantabacco.com

- **Matthew L Tuccillo**
  mltuccillo@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Michael Dana Warden**
  mwarden@sidley.com,nyefiling@sidley.com,dcefilingnotice@sidley.com,michael-warden-2491@ecf.pacerpro.com

- **Jamie Lynne Wine**
  jamie.wine@lw.com,NY-CourtMail@lw.com,jamie-wine-2206@ecf.pacerpro.com,new-york-ma-2860@ecf.pacerpro.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`