UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

In re:

Aegean Marine Petroleum Network Inc.
Securities Litigation.

----------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**O R D E R**

18 Civ. 4993 (NRB)

This Order addresses the issues raised in the letters filed on October 31 and November 5, 2019.

First, the Court denies Lead Plaintiff's request to serve defendant Spyros Gianniotis through his attorney given the attorney's lack of authority to accept service of process on Mr. Gianniotis' behalf. Moreover, while the Court declines to grant plaintiffs an unbounded time to complete service of process on the three unserved defendants, and while it will not enter a hard and fast deadline at this time, the Court nonetheless urges plaintiffs to complete service promptly.

Second, defendants who have been served by January 1, 2020 may move to dismiss the consolidated class action complaint without the need to file pre-motion letters or attend a pre-motion conference with the Court. Those defendants' motions or responsive pleadings are due on March 6, 2020. Oppositions to any motions to dismiss are due on May 6, 2020. Any replies in support of motions to dismiss are due on June 5, 2020. The

1

Court takes defendants at their word that they will coordinate their motions, including through the submission of joint briefing on common issues. Moreover, the Court directs the parties to propose by January 10, 2019 a page limit protocol for the Court's review. When devising the protocol, the parties should consult docket entry 863 in case number 1:11-md-02262 for guidance.

Finally, Lead Plaintiff shall report back to this Court with a status update on January 10, 2020.

**SO ORDERED.**

Dated: New York, New York
November 18, 2019

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE