**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE AEGEAN MARINE PETROLEUM NETWORK, INC. SECURITIES LITIGATION | 18 Civ. 04993 (NRB) |

**PARTIES' PROPOSED PAGE LIMIT PROTOCOL FOR DEFENDANTS' ANTICIPATED MOTIONS TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT AND RELATED BRIEFING**

In response to the Court's November 18, 2019 Order, ECF No. 145 (the "Order"), Lead Plaintiff Utah Retirement Systems ("Plaintiff") and Defendants Deloitte & Touche LLP, Deloitte Certified Public Accountants, S.A., Deloitte Touche Tohmatsu Limited, Peter C. Georgiopoulos, George Konomos, Dimitris Melissanidis, PricewaterhouseCoopers International Limited, PricewaterhouseCoopers LLP, PricewaterhouseCoopers S.A., E. Nikolas Tavlarios, and John P. Tavlarios (collectively, the "Moving Defendants," and together with Plaintiff, the "Parties") respectfully submit the following proposed page limits for briefing on Defendants' anticipated motions to dismiss Plaintiff's Consolidated Class Action Complaint, ECF No. 81 (the "Complaint"). All parties who have appeared in this case via counsel have consented to this protocol.[1]

### A. Defendants' Moving Briefs

The Complaint is 220 pages and asserts claims against 16 different defendants under eight different theories of liability across a putative class period of nearly five years. To avoid repetitive

---

[1] Although Defendants Spyridon Fokas and Jonathan McIlroy have been served, no counsel has appeared on their behalf, and they have not joined in this filing. Additionally, Plaintiff states that it has yet to complete service of Spyros Gianniotis, Konstantinos D. Koutsomitopoulos, and Yiannis N. Papanicolaou.

1

briefing on legal issues by parties facing similar theories of liability, the Moving Defendants believe the most efficient way to proceed is to organize their motions to dismiss into joint briefs that roughly parallel the theories of liability asserted in the Complaint with similarly situated entities submitting joint briefs. Therefore, the Moving Defendants propose the following page limits (exclusive of exhibits) for their anticipated motions to dismiss, listed in the order in which the parties are listed in the Table of Contents of the Complaint:

- 35 pages combined for Defendant Dimitris Melissanidis.

    o Mr. Melissanidis was the founder, principal shareholder and Head of Corporate Development of Aegean Marine Petroleum Network Inc. ("Aegean"). This brief will address the claims against Mr. Melissanidis under Sections 10(b), 20(b) and 20A and Rules 10b-5(a) and (c) of the Exchange Act in Counts 2, 3, 5, and 6 of the Complaint.

- 40 pages combined for Defendants Peter C. Georgiopoulos, George Konomos, E. Nikolas Tavlarios, and John P. Tavlarios.

    o These individuals were directors or officers of Aegean based in the United States. This brief will address the claims asserted against them under Sections 10(b) and 20(a) and Rules 10b-5(a), (b), and (c) of the Exchange Act in Counts 1, 2, 3, and 4 of the Complaint.

- 40 pages combined for Defendants Deloitte Certified Public Accountants, S.A. ("Deloitte Greece") and PricewaterhouseCoopers S.A. ("PwC Greece")

    o These entities are accounting firms based in Greece that each served as Aegean's independent auditor during a portion of the Class Period. This brief will address the claims asserted against them under Section 10(b) and Rule 10b-5(b) of the Exchange Act in Count 7 of the Complaint;

- 25 pages combined for Defendants Deloitte & Touche LLP and PricewaterhouseCoopers LLP

    o These entities are accounting firms based in the United States that are alleged to be "control persons" of Deloitte Greece and PwC Greece, respectively. This brief will address the claims asserted against them under Section 20(a) of the Exchange Act in Count 8 of the Complaint.

- 20 pages combined for Defendants Deloitte Touche Tohmatsu Limited and PricewaterhouseCoopers International Limited

2

- These entities are private companies that do not provide accounting or other client services and are alleged to be "control persons" of Deloitte Greece and PwC Greece, respectively. This brief will address the claims asserted against them under Section 20(a) of the Exchange Act in Count 8 of the Complaint.

\* \* \*

The foregoing briefing represents a total of 160 pages. If each Moving Defendant filed their own memorandum of law in support of their motion to dismiss pursuant to Rule 2(D) of the Court's Individual Practices, such briefs would have totaled 275 pages in the aggregate.

**B.     Plaintiff's Opposition Brief(s)**

In response to Moving Defendants' proposal, which it finds acceptable, Lead Plaintiff proposes that it be permitted to submit up to 160 pages of opposition briefing in the aggregate (reflecting the total number of pages provided to the Moving Defendants) to be divided or combined in one consolidated brief at Plaintiff's discretion after reviewing the Moving Defendants' opening briefs.

**C.     Defendants' Reply Brief(s)**

The Moving Defendants propose that they be permitted to file reply briefs of no more than one half the page limits of their moving briefs in response to Plaintiff's opposition brief(s) unless some other configuration is warranted in light of the substance and/or structure of those opposition papers.

\* \* \*

Finally, the Parties respectfully request the right to seek modifications to the applicable page limit protocol with respect to Plaintiffs' Opposition Brief(s) and Defendants Reply Briefs after receiving the respective brief(s) to which those filings will respond.

3

Dated: January 10, 2020

Respectfully submitted,

**BERMAN TABACCO**

By: /s/ Nicole Lavallee[2]

    Joseph J. Tabacco, Jr.
    Nicole Lavallee (*pro hac vice*)
    Christopher T. Heffelfinger
    A. Chowning Poppler (*pro hac vice*)
    44 Montgomery Street, Suite 650
    San Francisco, California 94104
    Tel: (415) 433-3200
    Fax: (415) 433-6382
    jtabacco@bermantabacco.com
    nlavallee@bermantabacco.com
    cheffelfinger@bermantabacco.com
    cpoppler@bermantabacco.com

    *Attorneys for Lead Plaintiff Utah Retirement Systems*

**HUGHES HUBBARD & REED LLP**

By: /s/ Kenneth M. Katz

    William R. Maguire
    Kenneth M. Katz
    One Battery Park Plaza
    New York, New York 10004
    Tel: (212) 837-6000
    bill.maguire@hugheshubbard.com
    ken.katz@hugheshubbard.com

    *Attorneys for Defendant Deloitte & Touche LLP*

---

[2] This filing uses electronic signatures with consent of counsel in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: /s/ Thomas N. Kidera

    Robert G. Cohen
    Thomas N. Kidera
    51 West 52nd Street
    New York, New York 10019
    Tel: (212) 506-5000
    Fax: (212) 506-5151
    rgcohen@orrick.com
    tkidera@orrick.com

    *Attorneys for Defendant Deloitte Certified Public Accountants, S.A.*

**SIDLEY AUSTIN LLP**

By: /s/ Melissa Colón-Bosolet

    Melissa Colón-Bosolet
    787 Seventh Avenue
    New York, New York 10019
    Tel: (212) 839-5300
    Fax: (212) 839-5599
    mcolon-bosolet@sidley.com

    David A. Gordon (*pro hac vice*)
    Heather Benzmiller Sultanian (*pro hac vice* pending)
    One South Dearborn
    Chicago, Illinois 60603
    Tel: (312) 853-7000
    Fax: (312) 853-7036
    dgordon@sidley.com
    hsultanian@sidley.com

    Michael D. Warden (*pro hac vice*)
    1501 K Street NW
    Washington, District of Columbia 20005
    Tel: (202) 736-8000
    Fax: (202) 736-8711
    mwarden@sidley.com

    *Attorneys for Defendant Deloitte Touche Tohmatsu Limited*

**SHER TREMONTE LLP**

By: /s/ Amanda Ravich

    Michael Tremonte
    Amanda Ravich
    90 Broad Street, 23rd Floor
    New York, New York 10004
    Tel: (212) 202-2600
    Fax: (212) 202-4156
    mtremonte@shertremonte.com
    aravich@shertremonte.com

    *Attorneys for Defendant Peter C. Georgiopoulos*

**SHAPIRO ARATO BACH LLP**

By: /s/ Eric Olney

    Jonathan Bach
    Eric Olney
    500 Fifth Avenue, 40th Floor
    New York, New York 10110
    Tel: (212) 257-4880
    Fax: (212) 202-6417
    jbach@shapiroarato.com
    eolney@shapiroarato.com

    *Attorneys for Defendant George Konomos*

**BOIES SCHILLER FLEXNER LLP**

By: /s/ Matthew L. Schwartz

    Jonathan D. Schiller
    Matthew L. Schwartz
    Sara K. Winik
    55 Hudson Yards
    New York, New York 10001
    Tel: (212) 446-2300
    Fax: (212) 446-2350
    jschiller@bsfllp.com
    mlschwartz@bsfllp.com
    swinik@bsfllp.com

    *Attorneys for Defendant Dimitris Melissanidis*

**KING & SPALDING LLP**

By: /s/ J. Emmett Murphy

    James J. Capra, Jr.
    J. Emmett Murphy
    1185 Avenue of the Americas, 34th Floor
    New York, New York 10036
    Tel: (212) 556-2100
    jcapra@kslaw.com
    jemurphy@kslaw.com

    *Attorneys for Defendant PricewaterhouseCoopers International Limited*

**LATHAM & WATKINS LLP**

By: /s/ Jason C. Hegt

    Jamie L. Wine
    Jason C. Hegt
    885 Third Avenue
    New York, New York 10022
    Tel: (212) 906-1200
    Fax: (212) 751-4864
    jamie.wine@lw.com
    jason.hegt@lw.com

    *Attorneys for Defendant*
    *PricewaterhouseCoopers LLP*

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By: /s/ Brad E. Konstandt

    Brad E. Konstandt
    7 World Trade Center
    250 Greenwich Street
    New York, New York 10007
    Tel: (212) 230-8800
    brad.konstandt@wilmerhale.com

    Christopher Davies
    Leila Ameli-Grillon
    1875 Pennsylvania Avenue, NW
    Washington, District of Columbia 20006
    Tel: (202) 663-6000
    christopher.davies@wilmerhale.com
    leila.ameli-grillon@wilmerhale.com

    *Attorneys for Defendant*
    *PricewaterhouseCoopers S.A.*

**PATTERSON BELKNAP WEBB & TYLER LLP**

By: /s/ Joshua A. Goldberg

    Joshua A. Goldberg
    1133 Avenue of the Americas
    New York, New York 10036
    Tel: (212) 336-2000
    Fax: (212) 336-2222
    jgoldberg@pbwt.com

    *Attorneys for Defendant E. Nikolas Tavlarios*

**COHEN & GRESSER LLP**

By: /s/ Jonathan S. Abernathy

    Jonathan S. Abernethy
    Joanna K. Chan
    800 Third Avenue
    New York, New York 10022
    Tel: (212) 957-7600
    Fax: (212) 957-4514
    jabernethy@cohengresser.com
    jchan@cohengresser.com

    *Attorneys for Defendant John P. Tavlarios*

So Ordered

*/s/ Naomi Reice Buchwald, USDJ*

January 15, 2020