UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
In re:

Aegean Marine Petroleum Network Inc.
Securities Litigation.

**O R D E R**

18 Civ. 4993 (NRB)

-------------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Having reviewed Lead Plaintiff's letter dated January 30, 2020, the Auditor Defendants' letter dated February 4, 2020, and defendant Spyridon Fokas' letter dated February 4, 2020, the Court finds that further briefing on whether to lift the stay of discovery is unnecessary. Lead Plaintiff has failed to meet either of the requirements for relief from the statutory stay. See 15 U.S.C. § 78u-4(b)(3)(B). Accordingly, the Court denies Lead Plaintiff's application for limited relief from the stay.

Dated:   New York, New York
         February 13, 2020

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

1