**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE AEGEAN MARINE PETROLEUM NETWORK, INC. SECURITIES LITIGATION | Case No. 18-cv-4993 (NRB)<br><br>Hon. Naomi Reice Buchwald<br><br>**NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support

of Defendant Dimitris Melissanidis's Motion to Dismiss, dated March 6, 2020, Mr. Melissanidis

moves this Court for an Order dismissing Lead Plaintiff Utah Retirement Systems' Consolidated

Class Action Complaint with prejudice pursuant to Rule 12(b)(2) and Rule 12(b)(6) of the

Federal Rules of Civil Procedure.

Dated: New York, New York
       March 6, 2020

BOIES SCHILLER FLEXNER LLP

/s/ Jonathan D. Schiller

Jonathan D. Schiller
Matthew L. Schwartz
Sara K. Winik
55 Hudson Yards
New York, New York 10001
Telephone:    (212) 446-2300
Fax:          (212) 446-2350
E-mail:       jschiller@bsfllp.com
              mlschwartz@bsfllp.com
              swinik@bsfllp.com

*Counsel for Dimitris Melissanidis*