UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AEGEAN MARINE PETROLEUM NETWORK, INC. SECURITIES LITIGATION | Case No. 18-cv-4993 (NRB) |

## ~~PROPOSED~~ ORDER WITHDRAWING AS COUNSEL

Upon the accompanying declaration of Sara K. Winik, dated June 18, 2020;

**IT IS HEREBY ORDERED** that Sara K. Winik hereby withdraws as counsel for Defendant Dimitris Melissanidis and shall be removed from the Case Management/ Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Boies Schiller Flexner LLP will continue to represent Mr. Melissanidis in this proceeding.

Dated: July 23, 2020      _/s/ Naomi Reice Buchwald_

United States District Judge

1