UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AEGEAN MARINE PETROLEUM NETWORK, INC. SECURITIES LITIGATION | Case No. 18 Civ. 4993 (NRB)<br><br>Hon. Naomi Reice Buchwald<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TO THE COURT, CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Elizabeth C. Quirk will withdraw as counsel of record for Defendant E. Nikolas Tavlarios, and should be removed from the docket and service list with respect to the above-referenced action. Attorneys at Patterson Belknap Webb & Tyler LLP will continue to represent Defendant E. Nikolas Tavlarios in this action. Please make the necessary changes to your files.

Dated: November 4, 2020

By: */s/ Elizabeth C. Quirk*

Elizabeth C. Quirk
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2020, the foregoing Notice of Withdrawal of Counsel was filed electronically. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

Dated: November 4, 2020

By: /s/ Elizabeth C. Quirk

Elizabeth C. Quirk
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
