**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

IN RE AEGEAN MARINE PETROLEUM
NETWORK, INC. SECURITIES LITIGATION

Case No. 18-cv-4993 (NRB)

Hon. Naomi Reice Buchwald

---

### DEFENDANT DIMITRIS MELISSANIDIS'S ANSWER AND AFFIRMATIVE DEFENSES

Defendant Dimitris Melissanidis ("Mr. Melissanidis") respectfully submits his Answer and Affirmative Defenses to the Consolidated Class Action Complaint, ECF No. 81.  Mr. Melissanidis reserves the right to amend his Answer and Affirmative Defenses.

### ANSWER

1.  Paragraph 1 contains a summary of Plaintiff's claims to which no response is required.

2.  Paragraph 2 contains argument and legal conclusions, to which no response is required. To the extent that a further response is required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

3.  Paragraph 3 contains argument and legal conclusions, to which no response is required. To the extent that this paragraph purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  To the extent that a further response is required, Mr. Melissanidis denies the allegations contained in this paragraph.

4.  Mr. Melissanidis denies the allegations in Paragraph 4, except admits that in 1995 he founded a company eventually called Aegean Marine Petroleum Network, Inc. ("Aegean"), that Aegean had an initial public offering in 2006, that he then became Aegean's head of corporate

development, a mostly figurehead position meant to instill confidence in Aegean's long-time business partners, and that Aegean's stock traded on the New York Stock Exchange.

5.   Paragraph 5 contains argument and legal conclusions to which no response is required.  To the extent that a further response is required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

6.   To the extent that Paragraph 6 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent references to "the Company" and "Defendants" are intended to include Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

7.   To the extent that Paragraph 7 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

8.   To the extent that Paragraph 8 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information

sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

9.   To the extent that Paragraph 9 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

10. To the extent that Paragraph 10 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

11. To the extent that Paragraph 11 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

12. Paragraph 12 contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

13. To the extent that Paragraph 13 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

14. Paragraph 14 contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent references to "the Company" are intended to include Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

15. To the extent that Paragraph 15 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph, except admits that in August 2016, the Company acquired Company shares from Mr. Mr. Melissanidis, and Mr. Mr. Melissanidis resigned as head of corporate development and became a consultant.

16. To the extent that Paragraph 16 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information

sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

17. To the extent that Paragraph 17 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

18. To the extent that Paragraph 18 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

19.  Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in paragraph 19.

20. To the extent that Paragraph 20 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

21.  To the extent that Paragraph 21 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph

references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

22. To the extent that Paragraph 22 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

23. To the extent that Paragraph 23 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a further response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

24. To the extent that Paragraph 24 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a further response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

25. To the extent that Paragraph 25 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

26. To the extent that Paragraph 26 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required. To the

extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

27. To the extent that Paragraph 27 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent references to "the Company" is intended to include Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

28. To the extent that Paragraph 28 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

29. To the extent that Paragraph 29 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

30. Paragraph 30 contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

31. Paragraph 31 contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis denies the allegations.

32. Paragraph 32 contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

33. Paragraph 33 contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

34. Paragraph 34 contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis denies the allegations of this paragraph.

35. Paragraph 35 contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

36. Paragraph 36 contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

37. Paragraph 37 contains a summary of Plaintiff's claims to which no response is required. To the extent a response may be required, Mr. Melissanidis denies the allegations in this paragraph.

38. Paragraph 38 contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis denies the allegations in this paragraph.

39. Paragraph 39 contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

40. Paragraph 40 contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis denies the allegations in this paragraph.

41. Paragraph 41 contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis denies the allegations in this paragraph.

42. To the extent that paragraph 42 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

43. Paragraph 43 contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

44. Mr. Melissanidis denies the first sentence of Paragraph 44, except admits that Aegean traded on the NYSE under the ticker ANW.  Mr. Melissanidis possesses insufficient information to state whether the second sentence of Paragraph 44 is true or false.

45. To the extent that Paragraph 45 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required. To the extent a further response may be required, Mr. Melissanidis denies the allegations in this paragraph.

46. To the extent that Paragraph 46 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required. To the extent a further response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

47. To the extent that Paragraph 47 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required. To the extent a further response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

48. Paragraph 48 contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

49. To the extent that Paragraph 49 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis denies the allegations in Paragraph 49, except

admits that in 1995 he founded Aegean; that he served as an officer and director of Aegean for some period of time; that Aegean had an initial public offering in 2006; that he then became Aegean's head of corporate development, a mostly figurehead position meant to instill confidence in Aegean's long-time business partners; that in August 2016 he scaled back his involvement even further, ceasing his role as an employee and agreeing to a limited consulting role until May 2018, when he ceased to have any role at the Company; and that he has received compensation from the Company.

50. To the extent that Paragraph 50 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

51. To the extent that Paragraph 51 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

52. To the extent Paragraph 52 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  To the

extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

53. To the extent that Paragraph 53 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

54. Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in Paragraph 54.

55. To the extent that Paragraph 55 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

56. To the extent that Paragraph 56 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

57. To the extent that Paragraph 57 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis denies the allegations in Paragraph 57, except admits that Mr. Fokas served as an officer and director of Aegean.

58. To the extent that Paragraph 58 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This

paragraph contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis denies the allegations in Paragraph 58.

59. Paragraph 59 defines a term in the Complaint to which no response is required.

60. To the extent that Paragraph 60 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, denies the allegations in Paragraph 60, except admits that Mr. Georgiopoulos served as a director of Aegean.

61. Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in Paragraph 61.

62. To the extent that Paragraph 62 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

63. To the extent that Paragraph 63 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

64. Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in Paragraph 64.

65. To the extent that Paragraph 65 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To

the extent a response may be required, Mr. Melissanidis denies the allegations in Paragraph 65, except admits that Mr. Papanicolaou served as a director of Aegean.

66. To the extent that Paragraph 66 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  To the extent a response may be required, Mr. Melissanidis denies the allegations in Paragraph 66, except admits that Mr. Tavlarios served as a director of Aegean.

67. To the extent that Paragraph 67 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

68. To the extent that Paragraph 68 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

69. To the extent that Paragraph 59 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  To the extent a response may be required, Mr. Melissanidis denies the allegations in Paragraph 69, except admits that Mr. Koutsomitopoulos served as a director of Aegean.

70. To the extent that Paragraph 70 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  To the extent a response may be required, Mr. Melissanidis denies the allegations in Paragraph 70, except admits that Mr. Konomos served as a director of Aegean.

71. Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in Paragraph 71.

72. Paragraph 72 defines a term in the Complaint to which no response is required.

73. Mr. Melissanidis denies the allegations in Paragraph 73, except admits that Deloitte provided services to Aegean and was paid for those services.

74. To the extent that Paragraph 74 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

75. To the extent that Paragraph 75 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

76. To the extent that Paragraph 76 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

77. To the extent that Paragraph 77 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

78. To the extent that Paragraph 78 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  To the

extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

79. To the extent that Paragraph 79 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

80. To the extent that Paragraph 80 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

81. To the extent that Paragraph 81 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

82. To the extent that Paragraph 82 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

83. To the extent that Paragraph 83 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

84. To the extent that Paragraph 84 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

85. Paragraph 85 defines a term in the Complaint to which no response is required.

86. Mr. Melissanidis denies the allegations in Paragraph 86, except admits that PricewaterhouseCoopers provided services to Aegean and was paid for those services.

87. To the extent that Paragraph 87 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

88. Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in Paragraph 88.

89. To the extent that Paragraph 89 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis denies the allegations in Paragraph 89, except admits that PricewaterhouseCoopers provided services to Aegean.

90. To the extent that Paragraph 90 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  To the extent a response may be required, Mr. Melissanidis denies the allegations in Paragraph 90, except admits that PricewaterhouseCoopers provided services to Aegean and was paid for those services.

91. To the extent Paragraph 91 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

92. To the extent Paragraph 92 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

93. Paragraph 93 defines a term in the Complaint to which no response is required.

94. Paragraph 94 contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

95. Paragraph 95 contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

96. Paragraph 96 contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

97. To the extent Paragraph 97 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

98. To the extent Paragraph 98 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

99. To the extent Paragraph 99 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

100. To the extent Paragraph 100 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

101. To the extent Paragraph 101 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

102. To the extent Paragraph 102 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

103. To the extent Paragraph 103 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.

To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

104.     To the extent Paragraph 104 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

105.     To the extent Paragraph 105 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

106.     To the extent Paragraph 106 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

107.     To the extent Paragraph 107 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

108.     Paragraph 108 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

109.     To the extent Paragraph 109 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.

To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

110.     To the extent Paragraph 110 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

111.     To the extent Paragraph 111 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

112.     To the extent Paragraph 112 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

113.     To the extent Paragraph 113 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

114.     To the extent Paragraph 114 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

115.    To the extent Paragraph 115 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

116.    To the extent Paragraph 116 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

117.    To the extent Paragraph 117 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

118.    To the extent Paragraph 118 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

119.    To the extent Paragraph 119 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

120.    To the extent Paragraph 120 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  Mr.

Mr. Melissanidis denies the allegations in Paragraph 120, except admits that in 1995 he founded Aegean.

121.     To the extent Paragraph 121 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

122.     To the extent Paragraph 122 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

123.     To the extent Paragraph 123 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

124.     Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in Paragraph 124.

125.     To the extent Paragraph 125 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

126.     To the extent Paragraph 126 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.

This paragraph contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

127.     To the extent Paragraph 127 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

128.     To the extent Paragraph 128 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required. To the extent a further response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

129.     To the extent that Paragraph 129 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required. To the extent a further response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

130.     To the extent Paragraph 130 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations in this paragraph to the extent they relate to Mr. Melissanidis.

131.     To the extent Paragraph 131 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

132.     To the extent Paragraph 132 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

133.     To the extent Paragraph 133 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.

This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

134.     To the extent Paragraph 134 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

135.     To the extent Paragraph 135 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

136.     To the extent Paragraph 136 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph, except admits that he served as an officer and director of Aegean for some period of

time; that he later became the head of corporate development; and that Mr. Georgiopoulos and Mr. Tavlarios have both served as Aegean directors.

137.    Mr. Melissanidis denies the allegations in Paragraph 137, except admits that both Deloitte and PricewaterhouseCoopers provided services to Aegean.

138.    To the extent Paragraph 138 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

139.    To the extent Paragraph 139 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

140.    To the extent Paragraph 140 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

141.    To the extent Paragraph 141 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

142.    To the extent Paragraph 142 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.

To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

143.     To the extent Paragraph 143 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

144.     To the extent Paragraph 144 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

145.     Paragraph 145 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis denies the allegations of this paragraph.

146.     Paragraph 146 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis denies the allegations of this paragraph.

147.     Paragraph 147 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

148.     To the extent Paragraph 148 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.

This paragraph contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

149.     Paragraph 149 purports to quote or describe documents or websites. Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent reference to "Defendants" is intended to include Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

150.     To the extent Paragraph 150 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

151.     To the extent Paragraph 151 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

152.     To the extent Paragraph 152 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required. To the

extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

153.     Paragraph 153 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent reference to "the Company Defendants" is intended to include Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

154.     To the extent Paragraph 154 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis denies the allegations in this paragraph.

155.     To the extent Paragraph 155 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis denies the allegations in this paragraph.

156.     Paragraph 156 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis denies the allegations of this paragraph.

157.     To the extent Paragraph 157 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information

sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

158.     To the extent Paragraph 158 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

159.     To the extent Paragraph 159 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

160.     To the extent Paragraph 160 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

161.     To the extent Paragraph 161 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

162.     To the extent Paragraph 162 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

163.     To the extent Paragraph 163 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

164.     To the extent Paragraph 164 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

165.     To the extent Paragraph 165 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

166.     Paragraph 166 purports to quote or describe documents or websites.   Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis denies the allegations of this paragraph.

167.     To the extent Paragraph 167 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent reference to "Company employees" is intended to include Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

168.     To the extent Paragraph 168 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis denies the allegations of this paragraph.

169.     To the extent Paragraph 169 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

170.     To the extent Paragraph 170 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

171.     To the extent Paragraph 171 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph

references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

172.     To the extent Paragraph 172 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

173.     To the extent Paragraph 173 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

174.     To the extent Paragraph 174 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

175.     To the extent Paragraph 175 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the

extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

176.     To the extent Paragraph 176 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent reference to "Company Defendants" is intended to include Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

177.     To the extent Paragraph 177 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

178.     To the extent Paragraph 178 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this

paragraph, except admits that in August 2016, the Company acquired Company shares from Mr. Melissanidis, and Mr. Melissanidis resigned as head of corporate development and became a consultant.

179.     To the extent Paragraph 179 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a further response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

180.     To the extent Paragraph 180 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis denies the allegations in this paragraph.

181.     To the extent Paragraph 181 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

182.     To the extent Paragraph 182 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

183.     To the extent Paragraph 183 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

184.     To the extent Paragraph 184 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

185.     To the extent Paragraph 185 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

186.     To the extent Paragraph 186 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

187.     To the extent Paragraph 187 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

188.     To the extent Paragraph 188 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

189.     To the extent Paragraph 189 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the

extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

190.      To the extent Paragraph 190 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

191.      To the extent Paragraph 191 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

192.      To the extent Paragraph 192 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

193.      To the extent Paragraph 193 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.

This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

194.     To the extent Paragraph 194 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

195.     To the extent Paragraph 195 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

196.     To the extent Paragraph 196 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

197.     To the extent Paragraph 197 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph

references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

198.     To the extent Paragraph 198 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

199.     To the extent Paragraph 199 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

200.     To the extent Paragraph 200 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

201.     To the extent Paragraph 201 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.

To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

202.     To the extent Paragraph 202 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

203.     To the extent Paragraph 203 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

204.     To the extent Paragraph 204 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

205.     To the extent Paragraph 205 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph

references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

206.     To the extent Paragraph 206 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

207.     To the extent Paragraph 207 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

208.     To the extent Paragraph 208 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

209.     Paragraph 209 purports to quote or describe documents or websites.   Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.   This paragraph contains argument and legal conclusions, to which no response is required.   To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

210.     Paragraph 210 purports to quote or describe documents or websites.   Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.   This paragraph contains argument and legal conclusions, to which no response is required.   To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

211.     To the extent Paragraph 211 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

212.     To the extent Paragraph 212 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

213.     To the extent Paragraph 213 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the

extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

214.     To the extent Paragraph 214 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis denies the allegations of this paragraph.

215.     To the extent Paragraph 215 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

216.     To the extent Paragraph 216 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

217.     To the extent Paragraph 217 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

218.     To the extent Paragraph 218 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the

extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

219.    To the extent Paragraph 219 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

220.    Paragraph 220 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph is intended to reference Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

221.    To the extent Paragraph 221 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

222.    To the extent Paragraph 222 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.

This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

223.    To the extent Paragraph 223 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

224.    To the extent Paragraph 224 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.

225.    To the extent Paragraph 225 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.

226.    To the extent Paragraph 226 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.

227.    To the extent Paragraph 227 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.

This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

228.     Paragraph 228 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

229.     Paragraph 229 purports to quote or describe documents or websites.  Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.

230.     Paragraph 230 purports to quote or describe documents or websites. Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.

231.     To the extent Paragraph 231 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

232.     Paragraph 232 purports to quote or describe documents or websites.  Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.

233.     To the extent Paragraph 233 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

234.     Paragraph 234 purports to quote or describe documents or websites.  Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.

235.     Paragraph 235 purports to quote or describe documents or websites. Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.

236.     To the extent Paragraph 236 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

237.     Paragraph 237 purports to quote or describe documents or websites.  Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.

238.     To the extent Paragraph 238 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the

extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

239.     To the extent Paragraph 239 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

240.     To the extent Paragraph 240 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

241.     Paragraph 241 purports to quote or describe documents or websites.  Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.

242.     Paragraph 242 purports to quote or describe documents or websites.  Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.

243.     To the extent Paragraph 243 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.

To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

244.     To the extent Paragraph 244 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

245.     To the extent Paragraph 245 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

246.     To the extent Paragraph 246 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

247.     Paragraph 247 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

248.     To the extent Paragraph 248 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

249.     Paragraph 249 purports to quote or describe documents or websites.   Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

250.     To the extent Paragraph 250 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

251.      Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in Paragraph 251.

252.     To the extent Paragraph 252 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

253.      To the extent Paragraph 253 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

254.      To the extent Paragraph 254 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

255.      To the extent Paragraph 255 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

256.      To the extent Paragraph 256 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

257.      To the extent Paragraph 257 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

258.      To the extent Paragraph 258 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.

To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

259.      To the extent Paragraph 259 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

260.      To the extent Paragraph 260 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

261.      To the extent Paragraph 261 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

262.      To the extent Paragraph 262 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

263.      To the extent Paragraph 263 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.

To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

264.     To the extent Paragraph 264 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

265.     To the extent Paragraph 265 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

266.     To the extent Paragraph 266 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

267.     To the extent Paragraph 267 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

268.     To the extent Paragraph 268 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

269.     To the extent Paragraph 269 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

270.     To the extent Paragraph 270 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

271.     To the extent Paragraph 271 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

272.     To the extent Paragraph 272 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

273.     To the extent Paragraph 273 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

274.     To the extent Paragraph 274 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.

To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

275.     To the extent Paragraph 275 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

276.     To the extent Paragraph 276 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

277.     To the extent Paragraph 277 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

278.     To the extent Paragraph 278 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

279.     To the extent Paragraph 279 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.

To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

280.    To the extent Paragraph 280 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

281.    To the extent Paragraph 281 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

282.    To the extent Paragraph 282 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

283.    To the extent Paragraph 283 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

284.    To the extent Paragraph 284 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

285.     To the extent Paragraph 285 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

286.     To the extent Paragraph 286 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

287.     To the extent Paragraph 287 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

288.     To the extent Paragraph 288 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

289.     To the extent Paragraph 289 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

290.     To the extent Paragraph 290 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.

To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

291.     To the extent Paragraph 291 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

292.     To the extent Paragraph 292 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

293.     To the extent Paragraph 293 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

294.     To the extent Paragraph 294 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

295.     To the extent Paragraph 295 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

296.    To the extent Paragraph 296 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

297.    To the extent Paragraph 297 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

298.    To the extent Paragraph 298 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

299.    To the extent Paragraph 299 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

300.    To the extent Paragraph 300 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

301.      To the extent Paragraph 301 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

302.      To the extent Paragraph 302 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

303.      To the extent Paragraph 303 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

304.      To the extent Paragraph 304 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

305.      To the extent Paragraph 305 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

306.      To the extent Paragraph 306 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.

To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

307.     To the extent Paragraph 307 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

308.     To the extent Paragraph 308 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

309.     To the extent Paragraph 309 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

310.     Paragraph 310 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

311.     To the extent Paragraph 311 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

312.     To the extent Paragraph 312 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

313.     To the extent Paragraph 313 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

314.     To the extent Paragraph 314 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

315.     To the extent Paragraph 315 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

316.     To the extent Paragraph 316 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

317.     To the extent Paragraph 317 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

318.     To the extent Paragraph 318 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

319.     To the extent Paragraph 319 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

320.     To the extent Paragraph 320 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

321.     Paragraph 321 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or

information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

322.     To the extent Paragraph 322 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

323.     To the extent Paragraph 323 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

324.     Paragraph 324 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

325.     Paragraph 325 purports to quote or describe documents or websites.  Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information

sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

326.     Paragraph 326 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

327.     To the extent Paragraph 327 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

328.     To the extent Paragraph 328 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

329.     To the extent Paragraph 329 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the

extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, Mr. Melissanidis denies the allegations of this paragraph, except that in or about June 2018, a neutral arbiter in Greece prevented Aegean from violating the privacy rights of current and former Aegean employees and others.

330.     Paragraph 330 purports to quote or describe documents or websites.   Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.   This paragraph contains argument and legal conclusions, to which no response is required.   To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

331.     To the extent Paragraph 331 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.   To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

332.     Paragraph 332 contains argument and legal conclusions, to which no response is required.   To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this

paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

333.     Paragraph 333 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

334.     Paragraph 334 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

335.     Paragraph 335 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

336.     Paragraph 336 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

337.     Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in Paragraph 337.

338.     To the extent Paragraph 338 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

339.     Paragraph 339 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

340.     Paragraph 340 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

341.     To the extent Paragraph 341 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

342.     To the extent Paragraph 342 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the

extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

343.     To the extent Paragraph 343 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

344.     To the extent Paragraph 344 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

345.     To the extent Paragraph 345 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

346.     To the extent Paragraph 346 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

347.     To the extent Paragraph 347 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the

extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

348.     To the extent Paragraph 348 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

349.     To the extent Paragraph 349 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

350.     To the extent Paragraph 350 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

351.     To the extent Paragraph 351 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

352.     To the extent Paragraph 352 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

353.     To the extent Paragraph 353 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

354.     To the extent Paragraph 354 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

355.     To the extent Paragraph 355 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

356.     To the extent Paragraph 356 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the

extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

357.     To the extent Paragraph 357 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

358.     To the extent Paragraph 358 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

359.     To the extent Paragraph 359 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

360.     To the extent Paragraph 360 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph

references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

361.     To the extent Paragraph 361 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

362.     To the extent Paragraph 362 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph is intended to reference Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

363.     Paragraph 363 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

364.     To the extent Paragraph 364 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information

sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

365. Paragraph 365 purports to quote or describe documents or websites. Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.

366. Paragraph 366 purports to quote or describe documents or websites. Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

367. To the extent Paragraph 367 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

368. To the extent Paragraph 368 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph

references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

369.     Paragraph 369 contains argument and legal conclusions, to which no response is required.  The the extent a response may be required, Mr. Mr. Melissanidis denies the allegations in this paragraph.

370.     To the extent Paragraph 370 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis admits that Aegean had an initial public offering in 2006, and that he then became Aegean's head of corporate development, a mostly figurehead position meant to instill confidence in Aegean's long-time business partners. Mr. Melissanidis otherwise denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

371.     Paragraph 371 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

372.     To the extent Paragraph 372 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph also contains allegations made on information and belief, to which no response is required.

373.     To the extent Paragraph 373 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

374.     To the extent Paragraph 374 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

375.     To the extent Paragraph 375 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis denies the allegations of this paragraph.

376.     To the extent Paragraph 376 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

377.     Paragraph 377 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

378.     Paragraph 378 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

379.     To the extent Paragraph 379 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

380.     Paragraph 380 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

381.     To the extent Paragraph 381 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph

references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

382.     To the extent Paragraph 382 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

383.     To the extent Paragraph 383 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

384.     Paragraph 384 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

385.     Paragraph 385 purports to quote or describe documents or websites.  Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.  This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information

sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

386. Paragraph 386 contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

387. Paragraph 387 contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

388. To the extent Paragraph 388 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

389. To the extent Paragraph 389 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

390.     To the extent Paragraph 390 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

391.     To the extent Paragraph 391 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

392.     To the extent Paragraph 392 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

393.     Paragraph 393 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

394.     To the extent Paragraph 394 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

395.     To the extent Paragraph 395 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

396.     To the extent Paragraph 396 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

397.     Paragraph 397 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

398.     To the extent Paragraph 398 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

399.     To the extent Paragraph 399 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

400.     To the extent Paragraph 400 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

401.     Paragraph 401 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

402.     Paragraph 402 purports to quote or describe documents or websites.   Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.

403.     To the extent Paragraph 403 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph is

intended to reference Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

404.     To the extent Paragraph 404 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph is intended to reference Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

405.     Paragraph 405 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

406.     To the extent Paragraph 406 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

407.     To the extent Paragraph 407 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information

sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

408.     To the extent Paragraph 408 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

409.     To the extent Paragraph 409 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

410.     To the extent Paragraph 410 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

411.     To the extent Paragraph 411 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

412.     To the extent Paragraph 412 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

413.     Paragraph 413 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

414.     To the extent Paragraph 414 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

415.     To the extent Paragraph 415 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the

extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

416.     To the extent Paragraph 416 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

417.     To the extent Paragraph 417 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

418.     To the extent Paragraph 418 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

419.     Paragraph 419 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

420.     To the extent Paragraph 420 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the

extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

421.     To the extent Paragraph 421 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Mr. Melissanidis denies the allegations of this paragraph, except admits that in August 2016, the Company acquired Company shares from Mr. Mr. Melissanidis.

422.     To the extent Paragraph 422 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

423.     Paragraph 423 contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

424.     To the extent Paragraph 424 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required. To the

extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

425.    To the extent Paragraph 425 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

426.    To the extent Paragraph 426 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

427.    To the extent Paragraph 427 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

428.    To the extent Paragraph 428 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves.

This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

429.      To the extent Paragraph 429 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

430.      To the extent Paragraph 430 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

431.      To the extent Paragraph 431 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.

432.      To the extent Paragraph 432 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

433.     To the extent Paragraph 433 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

434.     Paragraph 434 contains argument and legal conclusions, to which no response is required.

435.     To the extent Paragraph 435 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

436.     To the extent Paragraph 436 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

437.     To the extent Paragraph 437 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

438.     To the extent Paragraph 438 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

439.     To the extent Paragraph 439 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

440.     To the extent Paragraph 440 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

441.     To the extent Paragraph 441 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

442.     To the extent Paragraph 442 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the

extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

443.     To the extent Paragraph 443 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

444.     To the extent Paragraph 444 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

445.     Paragraph 445 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

446.     To the extent Paragraph 446 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

447.     To the extent Paragraph 447 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the

extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

448.     To the extent Paragraph 448 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

449.     To the extent Paragraph 449 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

450.     To the extent Paragraph 450 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph intends to reference Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

451.     Paragraph 451 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent

"Company Defendants" is intended to reference Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

452.     To the extent Paragraph 452 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

453.     Paragraph 453 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

454.     To the extent Paragraph 454 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

455.     Paragraph 455 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

456.     To the extent Paragraph 456 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.

457.     Paragraph 457 contains argument and legal conclusions, to which no response is required.

458.     To the extent Paragraph 458 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

459.     Paragraph 459 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

460.     To the extent Paragraph 460 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

461.     Paragraph 461 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

462.     To the extent Paragraph 462 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

463.     Paragraph 463 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

464.     To the extent Paragraph 464 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

465.     Paragraph 465 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

466.     To the extent Paragraph 466 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

467.     To the extent Paragraph 467 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

468.     Paragraph 468 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

469.     To the extent Paragraph 469 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

470.     Paragraph 470 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

471.     Paragraph 471 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

472.     Paragraph 472 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

473.     To the extent Paragraph 473 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

474.     To the extent Paragraph 474 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

475.     To the extent Paragraph 475 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

476.     To the extent Paragraph 476 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

477.     To the extent Paragraph 477 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

478.     To the extent Paragraph 478 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

479.     To the extent Paragraph 479 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph is intended to reference Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

480.     To the extent Paragraph 480 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

481.     Paragraph 481 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

482.     To the extent Paragraph 482 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

483.     Paragraph 483 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

484.     To the extent Paragraph 484 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

485.     To the extent Paragraph 485 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

486.     Paragraph 486 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

487.     Paragraph 487 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis denies the allegations of this paragraph.

488.     Paragraph 488 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis denies the allegations of this paragraph.

489.     Paragraph 489 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

490.     Paragraph 490 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis denies the allegations of this paragraph.

491.     Paragraph 491 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis denies the allegations of this paragraph.

492.     Paragraph 492 contains argument and legal conclusions, to which no response is required.

493.     To the extent Paragraph 493 purports to quote or describe documents or websites, Mr. Melissanidis respectfully refers the Court to those documents, which speak for themselves. This paragraph contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

494.     Paragraph 494 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

495.     Paragraph 495 contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis denies the allegations of this paragraph.

496.     Paragraph 496 contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis denies the allegations of this paragraph.

497.     Paragraph 497 contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis denies the allegations of this paragraph.

498.     Paragraph 498 contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis denies the allegations of this paragraph.

499.     Paragraph 499 contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis denies the allegations of this paragraph.

<u>**COUNT ONE**</u>

500.     Mr. Melissanidis repeats and realleges his responses above as if fully set forth herein.

501.     Paragraph 501 contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

502.     Paragraph 502 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

503.     Paragraph 503 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

504.     Paragraph 504 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

505.     Paragraph 505 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

506.     Paragraph 506 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

507.     Paragraph 507 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

## COUNT TWO

508.     Mr. Melissanidis repeats and realleges his responses above as if fully set forth herein.

509.     Paragraph 509 contains argument and legal conclusions, to which no response is required.  The allegations in this paragraph apply to Count Two, which has been dismissed as to

Mr. Melissanidis, and thus no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

510.     Paragraph 510 contains argument and legal conclusions, to which no response is required.  The allegations in this paragraph apply to Count Two, which has been dismissed as to Mr. Melissanidis, and thus no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent "Defendants" is intended to reference Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

511.     Paragraph 511 contains argument and legal conclusions, to which no response is required.  The allegations in this paragraph apply to Count Two, which has been dismissed as to Mr. Melissanidis, and thus no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent "Defendants" is intended to reference Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

512.     Paragraph 512 contains argument and legal conclusions, to which no response is required.  The allegations in this paragraph apply to Count Two, which has been dismissed as to Mr. Melissanidis, and thus no response is required.

513.     Paragraph 513 contains argument and legal conclusions, to which no response is required.  The allegations in this paragraph apply to Count Two, which has been dismissed as to

Mr. Melissanidis, and thus no response is required.  Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent "Defendants" is intended to reference Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

514.     Paragraph 514 contains argument and legal conclusions, to which no response is required.  The allegations in this paragraph apply to Count Two, which has been dismissed as to Mr. Melissanidis, and thus no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

515.     Paragraph 515 contains argument and legal conclusions, to which no response is required.  The allegations in this paragraph apply to Count Two, which has been dismissed as to Mr. Melissanidis, and thus no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

516.     Paragraph 516 contains argument and legal conclusions, to which no response is required.  The allegations in this paragraph apply to Count Two, which has been dismissed as to Mr. Melissanidis, and thus no response is required.    To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

## COUNT THREE

517.     Mr. Melissanidis repeats and realleges his responses above as if fully set forth herein.

518.     Paragraph 518 contains argument and legal conclusions, to which no response is required.  The allegations in this paragraph apply to Count Three, which has been dismissed as to Mr. Melissanidis, and thus no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

519.     Paragraph 519 contains argument and legal conclusions, to which no response is required.  The allegations in this paragraph apply to Count Three, which has been dismissed as to Mr. Melissanidis, and thus no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent reference to "Defendants" is intended to include Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

520.     Paragraph 520 contains argument and legal conclusions, to which no response is required.  The allegations in this paragraph apply to Count Three, which has been dismissed as to Mr. Melissanidis, and thus no response is required.

521.     Paragraph 521 contains argument and legal conclusions, to which no response is required.  The allegations in this paragraph apply to Count Three, which has been dismissed as to Mr. Melissanidis, and thus no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent reference to "Defendants" is intended to include Mr.

Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

522.     Paragraph 522 contains argument and legal conclusions, to which no response is required. The allegations in this paragraph apply to Count Three, which has been dismissed as to Mr. Melissanidis, and thus no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent reference to "Defendants" is intended to include Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

## COUNT FOUR

523.     Mr. Melissanidis repeats and realleges his responses above as if fully set forth herein.

524.     Paragraph 524 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

525.     Paragraph 525 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

526.     Paragraph 526 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

527.      Paragraph 527 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

**COUNT FIVE**

528.      Mr. Melissanidis repeats and realleges his responses above as if fully set forth herein.

529.      Paragraph 529 contains argument and legal conclusions, to which no response is required.  The allegations in this paragraph apply to Count Five, which has been dismissed as to Mr. Melissanidis, and thus no response is required.  To the extent a response may be required, Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

530.      Paragraph 530 contains argument and legal conclusions, to which no response is required.  The allegations in this paragraph apply to Count Five, which has been dismissed as to Mr. Melissanidis, and thus no response is required.  To the extent a response may be required, Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

531.      Paragraph 531 contains argument and legal conclusions, to which no response is required.  The allegations in this paragraph apply to Count Five, which has been dismissed as to Mr. Melissanidis, and thus no response is required.  To the extent a response may be required, Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

532.      Paragraph 532 contains argument and legal conclusions, to which no response is required.  The allegations in this paragraph apply to Count Five, which has been dismissed as to Mr. Melissanidis, and thus no response is required.  To the extent a response may be required, Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

**COUNT SIX**

533.     Mr. Melissanidis repeats and realleges his responses above as if fully set forth herein.

534.     Paragraph 534 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

535.     Paragraph 535 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

536.     Paragraph 536 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

537.     Paragraph 537 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent reference to "Defendants" is intended to include Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

538.     Paragraph 538 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent

reference to "Defendants" is intended to include Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

539. Paragraph 539 contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent reference to "Defendants" is intended to include Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

540. Paragraph 540 contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent reference to "Defendants" is intended to include Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

## COUNT SEVEN

541. Mr. Melissanidis repeats and realleges his responses above as if fully set forth herein.

542. Paragraph 542 contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

543. Paragraph 543 contains argument and legal conclusions, to which no response is required. To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

544.     Paragraph 544 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

545.     Paragraph 545 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

546.     Paragraph 546 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

547.     Paragraph 547 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

548.     Paragraph 548 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

549.     Paragraph 549 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

550.     Paragraph 550 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph, except to the extent this

paragraph references Mr. Melissanidis, in which case Mr. Melissanidis denies the allegations of this paragraph to the extent they relate to Mr. Melissanidis.

## **COUNT EIGHT**

551.     Mr. Melissanidis repeats and realleges his responses above as if fully set forth herein.

552.     Paragraph 552 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

553.     Paragraph 553 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

554.     Paragraph 554 contains argument and legal conclusions, to which no response is required.  To the extent a response may be required, Mr. Melissanidis is without knowledge or information sufficient to admit or deny the allegations in this paragraph.

555.     Paragraph 555 contains Plaintiff's prayer for relief, to which no response is required.

556.     Paragraph 556 contains Plaintiffs' prayer for relief, to which no response is required.

557.     Paragraph 557 contains Plaintiffs' prayer for relief, to which no response is required.

558.     Paragraph 558 contains Plaintiffs' prayer for relief, to which no response is required.

559.     Paragraph 559 contains Plaintiffs' prayer for relief, to which no response is required.

## FIRST AFFIRMATIVE DEFENSE

The Court lacks personal jurisdiction over Mr. Melissanidis.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's and putative class members' claims are barred, in whole or in part, by the applicable statute of limitations.

## THIRD AFFIRMATIVE DEFENSE

The Complaint fails to allege facts sufficient to state any claim upon which relief may be granted and fails to comply with the requirements of Rule 9(b) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act.

## FOURTH AFFIRMATIVE DEFENSE

Mr. Melissanidis did not transact in Aegean stock while in possession of material, non-public information about Aegean.

## FIFTH AFFIRMATIVE DEFENSE

Mr. Melissanidis did not use material, non-public information about Aegean in transacting in Aegean stock.

## SIXTH AFFIRMATIVE DEFENSE

The purported material, non-public information alleged in the Complaint was publicly disclosed or in the public domain and, as such, was available to Plaintiff and putative class members, and was at all times reflected in the market price of Aegean stock.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff and the putative class members did not trade contemporaneously with, and in the same securities as, Mr. Melissanidis.

<b>EIGHTH AFFIRMATIVE DEFENSE</b>

Mr. Melissanidis did not violate any provision of the Securities Exchange Act of 1934 or the rules and regulations thereunder.

<b>NINTH AFFIRMATIVE DEFENSE</b>

Any purported suppression or inflation of the market price of Aegean stock resulted from factors other than the conduct attributed to Mr. Melissanidis in the Complaint.

<b>TENTH AFFIRMATIVE DEFENSE</b>

Plaintiff's and any putative class members' claims are barred, in whole or in part, because of the lack of loss causation. Any damages or injuries allegedly suffered by Plaintiff or any putative class members were not legally caused by any alleged actions of Mr. Melissanidis.

<b>ELEVENTH AFFIRMATIVE DEFENSE</b>

Plaintiff and the putative class members have not suffered any cognizable damages.

<b>TWELFTH AFFIRMATIVE DEFENSE</b>

Plaintiff's and the putative class members' claims are barred, in whole or in part, to the extent that their damages, if any, are speculative, and/or to the extent that it is impossible to ascertain their damages.

<b>THIRTEENTH AFFIRMATIVE DEFENSE</b>

Plaintiff and the putative class members failed to mitigate any purported damages.

<b>FOURTEENTH AFFIRMATIVE DEFENSE</b>

Plaintiffs' and/or the putative class members' claims are barred, in whole or in part, to the extent that their damages, if any, are above those authorized by the Securities Exchange Act of

1934, the Private Litigation Securities Reform Act of 1995, 15 U.S.C.A. § 78t-1, and other applicable laws.

## FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiff's and/or the putative class members' claims are barred, in whole or in part, to the extent that their damages, if any, do not proportionally reflect Mr. Melissanidis's degree of responsibility, if any.

## SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiff's and/or the putative class members' claims are barred, in whole or in part, to the extent that their damages exceed the profit gained or loss avoided in the transaction or transactions that are the subject of this action.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Mr. Melissanidis is not liable because the conduct of third parties was a superseding or intervening cause of any damage, loss, or injury sustained by Plaintiff and the putative class members.

## EIGHTEENTH AFFIRMATIVE DEFENSE

Mr. Melissanidis is not liable because economic, market, or other forces were superseding or intervening causes of any damage, loss, or injury sustained by Plaintiff and the putative class members.

## NINETEENTH AFFIRMATIVE DEFENSE

Plaintiff's and the putative class members' claims are barred, in whole or in part, by the doctrine of laches.

## TWENTIETH AFFIRMATIVE DEFENSE

The putative class alleged in the Complaint cannot be certified under Rule 23 of the Federal Rules of Civil Procedure.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

Plaintiff is not an adequate representative of the putative class.

## TWENTY- SECOND AFFIRMATIVE DEFENSE

The putative class fails to meet the commonality requirement of Fed.R.Civ.P. 23(a)(3).

## TWENTY- THIRD AFFIRMATIVE DEFENSE

The putative class fails to meet the typicality requirement of Fed.R.Civ.P. 23(a)(3).

## TWENTY- FOURTH AFFIRMATIVE DEFENSE

Plaintiff will not adequately and fairly protect the interests of the putative class, as required by Fed.R.Civ.P. 23(a)(4).

## TWENTY- FIFTH AFFIRMATIVE DEFENSE

The putative class lacks common questions of law or fact, as required by Fed.R.Civ.P. 23(b)(3).

## TWENTY- SIXTH AFFIRMATIVE DEFENSE

Plaintiff's and/or the putative class members' claims are barred to the extent they lack standing to assert the claims set forth in the Complaint.

## TWENTY- SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's and/or the putative class members' claims are barred, in whole or in part, because the defined class period is not appropriate.

## TWENTY- EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's and/or the putative class members' claims are barred, in whole or in part, because they, and any persons on whose behalf they purport to act, knowingly and/or recklessly

assumed the risk of purchasing the securities described in the Complaint and such was the cause of their alleged damages.

## TWENTY- NINTH AFFIRMATIVE DEFENSE

Mr. Melissanidis specifically pleads all affirmative defenses set forth in Rule 8(c) of the Federal Rules of Civil Procedure which are applicable to this case and/or any and all other affirmative defenses and qualified and/or good faith immunities, all of which are pled herein as if copied in extenso.

## THIRTIETH AFFIRMATIVE DEFENSE

Mr. Melissanidis affirmatively pleads that, while carrying out the complained of actions/inactions specified in the complaint, he at all times acted in accordance and compliance with applicable local, state, and federal law.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

Plaintiff and the putative class members have failed to state a claim upon which relief can be granted against Mr. Melissanidis.

## INCORPORATION BY REFERENCE

Mr. Melissanidis incorporates by reference any defense that any other defendant pleads in this action, to the extent the defense applies to any claims against him, in whole or in part.

## RESERVATION OF RIGHTS

Mr. Melissanidis reserves the right to allege other defenses and affirmative defenses as they become known during the course of discovery, and hereby specifically reserves the right to amend its answer to allege such additional affirmative defenses at such time as they become known, to the extent required.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Mr. Melissanidis demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

Wherefore, Mr. Melissanidis asks:

1. That judgment be entered in its favor and against Plaintiff;

2. That the Complaint and all claims be dismissed with prejudice;

3. For attorneys' fees and the costs of suit; and

4. For such other relief that the Court deems just and proper.


Dated:   New York, New York
        July 12, 2021

Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP


/s/ Jonathan D. Schiller
Jonathan D. Schiller
Matthew L. Schwartz
55 Hudson Yards
New York, New York 10001
Telephone: (212) 446-2300
Fax: (212) 446-2350
E-mail: jschiller@bsfllp.com
mlschwartz@bsfllp.com

*Counsel for Dimitris Melissanidis*