August 27, 2021

BY ECF

Hon. Naomi R. Buchwald
Daniel Patrick Moynihan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Application Granted.
SO ORDERED.

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       August 30, 2021

Re:  *In re Aegean Marine Petroleum Network Inc. Sec. Litig.*, No. 18-CV-4993 (NRB)

To the Honorable Judge Buchwald:

Lead Plaintiff Utah Retirement Systems, on behalf of itself and each of the putative class members ("Lead Plaintiff"), and defendant PricewaterhouseCoopers Auditing Company S.A. ("PwC Greece"), write jointly to report that they have reached an agreement in principle to resolve Lead Plaintiff's claims against PwC Greece in the above-captioned matter.  Considering this development, Lead Plaintiff and PwC Greece respectfully request that the Court enter an order staying all proceedings and deadlines in the case that pertain to PwC Greece for 60 days, until October 26, 2021, to allow Lead Plaintiff and PwC Greece sufficient time to prepare and file a proposed settlement agreement, preliminary approval papers, and other accompanying papers, as required under Rule 23.


Respectfully submitted,

|  |  |
|---|---|
| **BERMAN TABACCO** | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| /s/ *Joseph J. Tabacco, Jr.* | /s/ *Christopher Davies* |
| Joseph J. Tabacco, Jr. | Christopher Davies |
| 44 Montgomery Street, Suite 650 | 1875 Pennsylvania Avenue NW |
| San Francisco, CA 94104 | Washington, DC 20006 |
| Telephone: (415) 433-3200 | Telephone: (202) 663-6187 |
| Facsimile: (415) 433-6382 | Facsimile: (202) 663-6363 |
| Email: jtabacco@bermantabacco.com | Email: Christopher.Davies@wilmerhale.com |
| *Counsel for Lead Plaintiff Utah Retirement Systems* | *Counsel for Defendant PricewaterhouseCoopers Auditing Company S.A.* |