> Application granted.
>
> SO ORDERED.
>
> *[signature]*
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated: New York, New York
> December 27, 2021

December 23, 2021

**BY ECF**

Hon. Naomi R. Buchwald
Daniel Patrick Moynihan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *In re Aegean Marine Petroleum Network Inc. Sec. Litig.*, No. 18-CV-4993 (NRB)

To the Honorable Judge Buchwald:

Lead Plaintiff Utah Retirement Systems, on behalf of itself and each of the putative class members ("Lead Plaintiff"), and defendant Deloitte Certified Public Accountants, S.A. ("Deloitte Greece"), write jointly to report that they have reached an agreement in principle to resolve Lead Plaintiff's claims against Deloitte Greece in the above-captioned matter. Considering this development, Lead Plaintiff and Deloitte Greece respectfully request that the Court enter an order staying all proceedings and deadlines in the case that pertain to Deloitte Greece for 60 days, until February 21, 2022, to allow Lead Plaintiff and Deloitte Greece sufficient time to prepare and file a proposed settlement agreement, preliminary approval papers, and other accompanying papers, as required under Rule 23.

Respectfully submitted,

| | |
|---|---|
| **BERMAN TABACCO** | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| /s/ *Joseph J. Tabacco, Jr.* | /s/ *Thomas N. Kidera* |
| Joseph J. Tabacco, Jr. | Thomas N. Kidera |
| 44 Montgomery Street, Suite 650 | 51 West 52nd Street |
| San Francisco, CA 94104 | New York, NY 10019-6142 |
| Telephone: (415) 433-3200 | Telephone: (212) 506-5000 |
| Facsimile: (415) 433-6382 | Facsimile: (212) 506 5151 |
| Email: jtabacco@bermantabacco.com | Email: tkidera@orrick.com |
| *Counsel for Lead Plaintiff Utah Retirement Systems* | - and – |
| | Paul F. Rugani |
| | 701 5th Avenue |
| | Suite 5600 |
| | Seattle, WA 98104 |
| | Telephone: (206) 839-4300 |
| | Email: prugani@orrick.com |
| | *Counsel for Defendant Deloitte Certified Public Accountants, S.A.* |