UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AEGEAN MARINE PETROLEUM NETWORK, INC. SECURITIES LITIGATION | Case No. 18 Civ. 4993 (NRB)<br><br>Hon. Naomi R. Buchwald |

**NOTICE OF MOTION OF OLIVIA H. RENENSLAND
TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that, upon the accompanying Declaration, Olivia H. Renensland will move this Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, on a day and time to be determined by the Court, pursuant to this Court's Local Civil Rule 1.4, for leave to withdraw as counsel for defendant Spyridon Fokas in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that Claude M. Millman at Kostelanetz & Fink, LLP will continue to be counsel of record for Spyridon Fokas in this action.

Dated: January 4, 2022
      New York, New York

                                      By:    /s/ Olivia H. Renensland
                                                Olivia H. Renensland
                                                Kostelanetz & Fink, LLP
                                                7 World Trade Center, 34th Floor
                                                New York, NY 10007
                                                Tel: 212-808-8100
                                                Fax: 212-808-8108
                                                orenensland@kflaw.com
                                                *Counsel for Defendant Spyridon Fokas*