

May 20, 2022

<u>VIA ECF</u>

Hon. Naomi R. Buchwald
Daniel Patrick Moynihan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *In re Aegean Marine Petroleum Network Inc. Sec. Litig.*, No. 18-CV-4993 (NRB)

Dear Judge Buchwald:

Pursuant to the Court's request, Lead Plaintiff Utah Retirement Systems, on behalf of itself and each of the putative class members ("Lead Plaintiff"), respectfully submits the following modified documents – which now incorporate the September 13, 2022 final approval hearing date and corresponding scheduling dates – in further support of Lead Plaintiff's Unopposed Motion For: (I) Preliminary Approval of Proposed Partial Class Action Settlements with PricewaterhouseCoopers Auditing Company S.A. and Deloitte Certified Public Accountants, S.A.; (II) Preliminary Certification of Settlement Class; and (III) Approval of Notice to the Settlement Class.  Settling Defendants have no opposition to these submissions.

- <u>Exhibit A</u> - [Proposed] Order Preliminarily Approving The Settlement With Deloitte Certified Public Accountants, S.A. and Providing For Notice ("PwC Greece Preliminary Approval Order").

    o   Exhibit A-1:  Omnibus Notice
    o   Exhibit A-2: Proof of Claim and Release Form
    o   Exhibit A-3: Summary Notice

- <u>Exhibit B</u> - [Proposed] Order Preliminarily Approving The Settlement With Deloitte Certified Public Accountants, S.A. and Providing For Notice ("Deloitte Greece Preliminary Approval Order").

    o   Exhibit B-1:  Omnibus Notice
    o   Exhibit B-2: Proof of Claim and Release Form
    o   Exhibit B-3: Summary Notice

Hon. Naomi R. Buchwald
May 20, 2022
Page 2 of 2

                         Respectfully submitted,

                         **BERMAN TABACCO**

                         */s/ Nicole Lavallee*
                         Nicole Lavallee

                         Joseph J. Tabacco, Jr. (JT1994)
                         Christopher T. Heffelfinger
                         Kristin Moody
                         A. Chowning Poppler
                         Jeffrey Rocha
                         425 California Street, Ste. 2300
                         San Francisco, CA 94104
                         Telephone: (415) 433-3200
                         Facsimile: (415) 433-6382
                         Email: nlavallee@bermantabacco.com

                         *Counsel for Lead Plaintiff*
                         *Utah Retirement Systems*

cc:     All Counsel Via ECF