UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE AEGEAN MARINE PETROLEUM NETWORK, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) | Case No. 1:18-cv-04993 (NRB)<br><br>Hon. Naomi Reice Buchwald |

### NOTICE OF LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES AND THE ESTABLISHMENT OF A LITIGATION EXPENSE FUND

PLEASE TAKE NOTICE that Lead Counsel[1] hereby moves this Court before the Honorable Naomi Reice Buchwald, for an order approving their application (1) for an aggregate award of attorneys' fees of $7,450,000 or 25% of the $29.8 million Gross Settlement Funds,[2] plus interest, and reimbursement of Litigation Expenses[3] of $350,318.76 to be paid out of the PwC Greece Settlement Fund and/or the Deloitte Greece Settlement Fund; and (2) for reimbursement of certain of Lead Plaintiffs' reasonable costs and expenses in the amounts of $10,000, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(4).

PLEASE TAKE FURTHER NOTICE that in support of the motion, Lead Counsel submits and is filing herewith:

(A)   Memorandum of Law in Support of Lead Counsel's Motion For Attorneys' Fees and Reimbursement of Litigation Expenses and The Establishment of a Litigation Expense Fund;

---

[1] All capitalized terms not otherwise defined herein have the same meaning as in the Notice of (I) Pendency of Class Action and Proposed Partial Settlements; and (II) Final Approval Hearing For The Partial Settlements, Plans of Allocation, Motion For Approval of Attorneys' Fees and Reimbursement of Litigation Expenses and Application For The Establishment of a Litigation Expense Fund (the "Omnibus Notice") (ECF No. 359-1).

[2] The "Gross Settlement Funds" refers to $29.8 million settlements, including the $14.9 million settlement with PricewaterhouseCoopers Auditing Company S.A. ("PwC Greece") (the "PwC Greece Settlement" or "PwC Greece Settlement Fund") and the $14.9 million settlement with Deloitte Certified Public Accountants, S.A. ("Deloitte Greece") (the "Deloitte Greece Settlement" or "Deloitte Greece Settlement Fund").

1

(B) Declaration of Nicole Lavallee in Support of (A) Lead Plaintiff's Motion For: (I) Final Approval of The Proposed Partial Class Action Settlements With PricewaterhouseCoopers Auditing Company S.A. and Deloitte Certified Public Accountants, S.A.; (II) Final Certification of The Settlement Class; and (III) Final Approval of The Proposed Plans of Allocation; and (B) Lead Counsel's Motion For Attorneys' Fees and Reimbursement of Litigation Expenses and The Establishment of a Litigation Expense Fund ; and

(C) [Proposed] Order Awarding Attorneys' Fees and Reimbursement of Litigation Expenses and The Establishment of a Litigation Expense Fund.

Dated: August 9, 2022

Respectfully submitted,

**BERMAN TABACCO**

By: */s/ Nicole Lavallee*
Nicole Lavallee (admitted *pro hac vice*)

Joseph J. Tabacco, Jr. (JT1994)
Christopher T. Heffelfinger (admitted *pro hac vice*)
Kristin Moody (admitted *pro hac vice*)
A. Chowning Poppler (admitted *pro hac vice*)
Jeffrey Rocha (admitted *pro hac vice*)
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermantabacco.com
nlavallee@bermantabacco.com
cheffelfinger@bermantabacco.com
kmoody@bermantabacco.com
cpoppler@bermantabacco.com
jrocha@bermantabacco.com

*Counsel for Lead Plaintiff Utah Retirement Systems*