UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
In re:

Aegean Marine Petroleum Network Inc.
Securities Litigation.

-------------------------------------X

**O R D E R**

18 Civ. 4993 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS**, on June 3, 2022, the Court preliminary approved Lead Plaintiff Utah Retirement Systems's settlements with PricewaterhouseCoopers Auditing Company S.A. (ECF No. 361) and Deloitte Certified Public Accountants S.A. (ECF No. 362) (together, the "Settlements"); and

**WHEREAS** in its orders preliminary approving the Settlements, the Court provided that a final approval hearing (the "Final Approval Hearing") would be held on September 13, 2022 at 2 p.m., either via video or teleconference or in person (ECF No. 361 ¶ 7; ECF No. 362 ¶ 7); it is hereby

**ORDERED** that the Final Approval Hearing will be held remotely via teleconference on September 13, 2022 at 2 p.m. and that a dial-in will be posted to the docket in advance of the hearing.

Dated:    New York, New York
          August 26, 2022

_____
     NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE