UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AEGEAN MARINE PETROLEUM NETWORK, INC. SECURITIES LITIGATION | ) Case No. 1:18-cv-04993 (NRB) )  ) Hon. Naomi Reice Buchwald ) |

### [PROPOSED] ORDER APPROVING PLANS OF ALLOCATION

This matter came for hearing before the Court on September 13, 2022 (the "Final Approval Hearing") on Lead Counsel's motion to determine, among other things, whether the Plans of Allocation are fair and reasonable and should be approved by the Court. The Court, having considered all papers filed and proceeding conducted herein, having found the Plans of Allocation to be fair, reasonable and adequate and otherwise being fully informed, finds as follows:

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. All capitalized terms not otherwise defined herein have the same meaning as in the Notice of (I) Pendency of Class Action and Proposed Partial Settlements; and (II) Final Approval Hearing For The Partial Settlements, Plans of Allocation, Motion For Approval of Attorneys' Fees and Reimbursement of Litigation Expenses and Application For The Establishment of a Litigation Expense Fund (the "Omnibus Notice") (ECF No. 359-1).

2. The Court has jurisdiction over the subject matter of this application and all matters related thereto, including all members of the Settlement Class[1] who have not timely and validly requested exclusion from the Action and the Settlement Class.

3. Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, the Court hereby finds and concludes that due and adequate notice of these proceedings was directed to all persons and entities who are Settlement Class Members advising them of the Plans

---

[1] "Settlement Class" means the class defined: (1) in paragraph 3 of the March 22, 2022 Amendment to the PricewaterhouseCoopers Auditing Company S.A. Stipulation and Agreement of Partial Settlement Dated November 9, 2021 ("PwC Greece Stipulation Amendment") (ECF No. 351-1); and (b) in paragraph 1.37 of the March 24, 2022 Stipulation and Agreement of Partial Settlement with Deloitte Certified Public Accountants, S.A. (the "Deloitte Greece Stipulation") (ECF No. 351-3).

- 2 -

of Allocation and of their right to object to thereto, and a full and fair opportunity was accorded to persons and entities who are Settlement Class Members to be heard with respect to the Plans of Allocation.

4. The Court hereby finds and concludes that the formulas in the Plans of Allocation for the calculation of the claims of Authorized Claimants that are described in the Omnibus Notice, which was made available to all Settlement Class Members at the Settlement website: http://www.aegeansecuritieslitigation.com/, provides a fair and reasonable basis upon which to allocate the proceeds from the PwC Greece Net Settlement Fund and the Deloitte Greece Net Settlement Fund among Settlement Class Members.

5. The Court hereby finds and concludes that the Plans of Allocation set forth in the Omnibus Notice are, in all respects, fair and reasonable and the Court hereby approves the Plans of Allocation.

**IT IS SO ORDERED.**

DATED: New York, New York
September 14, 2022

_____
THE HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE