October 26, 2022

**BY ECF**

Hon. Naomi R. Buchwald
Daniel Patrick Moynihan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *In re Aegean Marine Petroleum Network Inc. Sec. Litig.*, No. 18-CV-4993 (NRB)

To the Honorable Judge Buchwald:

Lead Plaintiff Utah Retirement Systems, on behalf of itself and each of the putative class members ("Lead Plaintiff"), and defendant Spyros Gianniotis ("Gianniotis"), write jointly to report that they have reached an agreement in principle to resolve Lead Plaintiff's claims against Gianniotis in the above-captioned matter. Considering this development, Lead Plaintiff and Gianniotis respectfully request that the Court enter an order staying all proceedings and deadlines in the case that pertain to Gianniotis for 90 days, until January 24, 2023, to allow Lead Plaintiff and Gianniotis sufficient time to prepare and file a proposed settlement agreement, preliminary approval papers, and other accompanying papers, as required under Rule 23.

*So Ordered.*
*Buchwald, USDJ*
*10/27/22*

Respectfully submitted,

| | |
|---|---|
| **BERMAN TABACCO** | **MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC** |
| /s/ Nicole Lavallee | /s/ Brian A. Jacobs |
| Nicole Lavallee | Brian A. Jacobs |
| 425 California Street, Suite 2300 | 565 Fifth Avenue |
| San Francisco, CA 94104 | New York, NY 10017 |
| Telephone: (415) 433-3200 | Telephone: (212) 880-9536 |
| Facsimile: (415) 433-6382 | Email: bjacobs@maglaw.com |
| Email: nlavallee@bermantabacco.com | |
| *Counsel for Lead Plaintiff Utah Retirement Systems* | *Counsel for Defendant Spyros Gianniotis* |