```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
IN RE AEGEAN MARINE
PETROLEUM NETWORK, INC.
SECURITIES LITIGATION                        ORDER

                                       18 Civ. 4993 (NRB)
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on November 14, 2022, counsel for plaintiffs filed a letter pursuant to the Court's Individual Practice 2.B. requesting a pre-motion conference and seeking leave to file a revised motion for class certification and a corresponding revision to the briefing schedule on class certification (ECF No. 409); and

**WHEREAS** Lead Plaintiff had originally filed its motion for class certification, supporting memorandum, and declarations on September 12, 2022 (ECF Nos. 394-97); and

**WHEREAS** Lead Plaintiff thereafter informed the Court of an agreement in principle to resolve its claims against Defendant Spyros Gianniotis and obtained a stay of all proceedings and deadlines as to Defendant Gianniotis on October 27, 2022 (ECF Nos. 407-08); and

**WHEREAS** if Defendant Gianniotis's settlement receives final approval, the sole remaining claim in this action would be a claim under Section 20A of the Securities Exchange Act of 1934 against Defendant Dimitris Melissanidis; and

**WHEREAS** it is in the interest of judicial economy for Lead Plaintiff to file a revised class certification motion; it is hereby

**ORDERED** that the Clerk of Court strike from the docket ECF Nos. 394-97 as withdrawn; and it is further

**ORDERED** that Lead Plaintiff is permitted to file a revised class certification motion; and it is further

**ORDERED** that Lead Plaintiff's proposed revised schedule in its letter of November 14, 2022 is adopted.

Dated:   New York, New York
         November 18, 2022

```
                              _____
                                  NAOMI REICE BUCHWALD
                              UNITED STATES DISTRICT JUDGE
```