UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AEGEAN MARINE PETROLEUM NETWORK INC. SECURITIES LITIGATION | Case No. 1:18-cv-04993-NRB |
| This document Relates to All Actions | |

## STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS AND EXTEND DEADLINES

Lead Plaintiff Utah Retirement Systems ("Lead Plaintiff"), and Defendant Dimitris Melissanidis ("Melissanidis") (collectively, the "Parties") respectfully submit this stipulation to stay the proceedings until after the Parties complete the March 21, 2023 settlement conference and adjourn the deadline for Lead Plaintiff to file its reply papers for class certification that was previously set by Order of the Court on November 18, 2022 (ECF No. 409-10). As grounds for this request, the Parties state as follows:

WHEREAS, on September 2, 2022, the Court entered an Order regarding the litigation schedule. ECF Nos. 389-90.

WHEREAS, on November 18, 2022, the Court entered an Order granting Lead Plaintiff's letter motion to file a revised motion for class certification and adopting all dates requested by Lead Plaintiff in its letter dated November 14, 2022. ECF No. 410.

WHEREAS, on December 7, 2022, Lead Plaintiff filed its revised motion for class certification (ECF Nos. 411-14) and Melissanidis filed his opposition to Lead Plaintiff's revised motion for class certification on January 20, 2023 (ECF Nos. 420-22), both in compliance with this Court's November 18, 2022 Order. ECF No. 410. Under the current schedule, Lead Plaintiff's

reply papers in support of its motion for class certification are due on March 3, 2023.  ECF Nos. 409-10.

WHEREAS, on January 13, 2023, this Court issued an Order scheduling a settlement conference with the Honorable Judge Stewart Aaron for February 22, 2023.  ECF No. 417.

WHEREAS, on February 6, 2023, Judge Aaron issued an Order granting Melissanidis's letter motion to adjourn the February 22, 2023 settlement conference and rescheduling the settlement conference to March 21, 2023 if he is unable to informally "broker a settlement" between the Parties before that time.  ECF No. 425.

WHEREAS, in the interests of efficiency and cost savings, Lead Plaintiff and Melissanidis respectfully request that the Court enter an Order staying the proceedings until after the March 21, 2023 settlement conference is completed and adjourning the March 3, 2023 deadline for Lead Plaintiff to file its reply papers for class certification until April 14, 2023.

IT IS HEREBY STIPULATED AND AGREED that the case should be stayed until after the March 21, 2023 settlement conference is completed and that the deadline for Lead Plaintiff to file its reply papers for class certification that was previously ordered by the Court on November 18, 2022 be adjourned and rescheduled in accordance with the proposed new date below (in the column on the right):

| Event | Existing Deadline | Proposed Revised Date |
|---|---|---|
| Lead Plaintiff's Reply Papers for Class Certification | March 3, 2023 | April 14, 2023 |

IT IS SO STIPULATED.

Dated: February 17, 2023                    Respectfully submitted,

                                            **BERMAN TABACCO**

                                            By:    */s/ Kristin J. Moody*
                                                    Kristin J. Moody (admitted *pro hac vice*)

                                            Joseph J. Tabacco, Jr. (JT1994)
                                            Nicole Lavallee (admitted *pro hac vice*)
                                            Christopher T. Heffelfinger (admitted *pro hac vice*)
                                            Jeffrey Rocha (admitted *pro hac vice*)
                                            425 California Street, Suite 2300
                                            San Francisco, CA 94104
                                            Telephone: (415) 433-3200
                                            Facsimile: (415) 433-6382
                                            Email: kmoody@bermantabacco.com
                                                    jtabacco@bermantabacco.com
                                                    nlavallee@bermantabacco.com
                                                    cheffelfinger@bermantabacco.com
                                                    jrocha@bermantabacco.com

                                            *Counsel for Lead Plaintiff Utah Retirement Systems*

                                            **BOIES SCHILLER FLEXNER LLP**

                                            By:    */s/ Sabina Mariella*
                                                    Sabina Mariella

                                            Jonathan D. Schiller
                                            Matthew L. Schwartz
                                            55 Hudson Yards
                                            New York, NY 10001
                                            Telephone: (212) 446-2300
                                            Email: jschiller@bsfllp.com
                                                    mlschwartz@bsfllp.com
                                                    smariella@bsfllp.com

                                            *Counsel for Defendant Dimitris Melissanidis*

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 21 , 2023

_____
Honorable Naomi Reice Buchwald
United States District Judge