```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Aegean Marine Petroleum Network Inc. Securities Litigation

1:18-cv-04993 (NRB) (SDA)

AMENDED ORDER SCHEDULING
<u>SETTLEMENT CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Tuesday, March 21, 2023 at 9:30 a.m. The settlement shall proceed by Microsoft Teams.

The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron.

**SO ORDERED.**

DATED:     New York, New York
           March 16, 2023

_____
STEWART D. AARON
United States Magistrate Judge